**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Roberto** <br> First name | _____ <br> First name |
| | | **Antonio** <br> Middle name | _____ <br> Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Aleman** <br> Last name | _____ <br> Last name |
| | | _____ <br> Suffix (Sr., Jr, II, III) | _____ <br> Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years** | **Roberto** <br> First name | _____ <br> First name |
| | Include your married or maiden names. | **A.** <br> Middle name | _____ <br> Middle name |
| | | **Aleman** <br> Last name | _____ <br> Last name |
| | | **Roberto** <br> First name | _____ <br> First name |
| | | Middle name | Middle name |
| | | **Aleman** <br> Last name | _____ <br> Last name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **7  0  2  3** <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9xx – xx – ___ ___ ___ ___ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

**Austin Pick A Part Auto Salvage Inc**
Business name

_____
Business name

<u>8   1   1   1   3   5   6   1   6</u>
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ - __ __ __ __ __ __ __
EIN

__ __ __ - __ __ __ __ __ __ __
EIN

**5.  Where you live**

**2217 Traditions Ct**
Number          Street

_____

**Leander, TX 78641-4946**
City                          State    ZIP Code

**Williamson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number          Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

## Part 2:   Tell the Court About Your Bankruptcy Case

| | | |
|---|---|---|
| **7.** | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box. <br><br> ☑ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. <br><br> ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A). <br><br> ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| **9.** | **Have you filed for bankruptcy within the last 8 years?** | ☑ No. <br> ☐ Yes.   District _____ When _____ Case number _____ <br>                                    MM / DD / YYYY <br>                 District _____ When _____ Case number _____ <br>                                      MM / DD / YYYY <br>                 District _____ When _____ Case number _____ <br>                                      MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No. <br> ☐ Yes.   Debtor _____ Relationship to you _____ <br>                 District _____ When _____ Case number, if known _____ <br>                                      MM / DD / YYYY <br><br>                 Debtor _____ Relationship to you _____ <br>                 District _____ When _____ Case number, if known _____ <br>                                      MM / DD / YYYY |

| | | |
|---|---|---|
| **11.** | **Do you rent your residence?** | ☑ No.   Go to line 12. <br> ☐ Yes.   Has your landlord obtained an eviction judgment against you? <br>          ☐ No. Go to line 12. <br>          ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |

---

**Part 3:**   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

Number      Street

_____

_____

City                    State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____

Number      Street

_____

_____

City                 State      ZIP Code

---

Debtor 1     __Roberto_____    __Antonio_____    __Aleman_____                     Case number *(if known)*_____
             First Name              Middle Name            Last Name

<table>
<tr><td style="background:black; color:white">**Part 5:**</td><td>Explain Your Efforts to Receive a Briefing About Credit Counseling</td></tr>
</table>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999      ☐ 10,001-25,000      ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Roberto Antonio Aleman**
_____

Roberto Antonio Aleman, Debtor 1

Executed on   **02/04/2019** _____

      MM/   DD/   YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X   **/s/ Jerome A. Brown**
_____     Date **02/04/2019**
Jerome A. Brown, Attorney                 MM / DD / YYYY

**Jerome A. Brown**
Printed name

**The Brown Law Firm**
Firm name

**PO Box 1667**
Number      Street

_____

**Victoria**                 **TX**    **77902**
City                          State    ZIP Code

Contact phone **(512) 306-0092**           Email address **jerome@brownbankruptcy.com**

**03140000**                   **TX**
Bar number                         State

AARC
Po Box 771685
Houston, TX 71215

Yorlin Agucia Gonzalo
4703 Franklin Park Dr
Austin, TX 78744-2934

Uche Clifford Agusiegbe
Address unknown at the time

Mohammad Arami
8416 Cornerwood Dr
Austin, TX 78717-5337

Auction Credit Enterprises,
LLC
5949 Sherry Ln Ste 1250
Dallas, TX 75225-8003

Austin Used Auto Dealer
15300 Fm 969 Side B
Austin, TX 78724-6351

Bank Of America
4909 Savarese Cir
Tampa, FL 33634

BB&T Corporation
Po Box 1847
Wilson, NC 27894

Best Buy/CBNA
Po Box 6497
Sioux Falls, SD 57117


CarParts
Po Box 367
Florence, KY 41022-0367


Chase Card Services
P.o. Box 15298
Wilmington, DE 19850


Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117


CNH
Industrial Retail Accounts
Po Box 71264
Philadelphia, PA 19176


Credit One Bank
Po Box 98872
Las Vegas, NV 89193


CTRMA Processing
Po Box 16777
Austin, TX 78761-6777


William Dufour II
3301 Northland Dr
Austin, TX 78731-4939

Jose Genis
5008 Lexington Ln
Del Valle, TX 78617

Gregg Van De Mark
Attorney at Law
12381 E Cornell Ave
Aurora, CO 80014-3323

Gyro Plus, LLC
8416 Cornerwood Dr
Austin, TX 78717-5337

HOME DEPOT
P.O. BOX 79045
ST LOUIS, MO 63179

HOME DEPOT
P.O. BOX 790420
ST LOUIS, MO 63179

HOME DEPOT
P.O. BOX 790328
ST LOUIS, MO 63179

Joshua Robert Hunt
502 W 14th St
Austin, TX 78701-1758

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Laz Austin
15 Lewis St
Hartford, CT 06103-2502


Richard Little
881 Fm 2984
Luling, TX 78648


Maria G Manzano
2503 Teri Rd Apt 13
Austin, TX 78744


Mark Strauss Enterprises,
Inc.
DBA Austin Auto Traders
5320 N I35
Austin, TX 78751

McMinn Law Firm
502 W 14th St
Austin, TX 78701-1758


Azita Monajjemi
8416 Cornerwood Dr
Austin, TX 78717-5337


Municipal Service Bureau
8325 Tuscany Way
Austin, TX 78754-4734


Takus C. Nesbit
1001 Fannin St Ste 3700
Houston, TX 77002-6785

Angel Netpali Reyes
8104b Posten Ln
Austin, TX 78744-1730


Nick Nguyen
10901 N Lamar Blvd Ste A107
Austin, TX 78753-3698


Nick Nguyen
NORTH LAMAR BLVD
Austin, TX 78724


Nordstrom Signature Visa
13531 E Caley Ave
Englewood, CO 80111


Perdue Brandon Fielder
Collins & Mott, LLP
1235 North Loop W Ste 505
Houston, TX 77008-1758


Armando Perez Flores
701 Woodward St Apt 1220
Austin, TX 78704-7406


Snap On Crdt
Po Box 506
Gurnee, IL 60031


Sunbelt Estates LLC
1718 State St
Houston, TX 77007-7724

Sutherland Asbill & Brennan
LLP
1001 Fannin St Ste 3700
Houston, TX 77002-6785


Tech Solutions
80001 Centre Park Drive Suite 130
Austin, TX 78724


T-Mobile
Po Box 790047
Saint Louis, MO 63179-0047


Toyota Financial Services
111 W 22nd St
Oakbrook, IL 60521


Tx Tag
Po Box 650749
Dallas, TX 75265-0749


UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS
INTERNAL REVENUE SERVICE
816 Congress Ave Ste 1000
Austin, TX 78701-2486

Attorney General United
States
Internal Revenue Service
950 Pennsylvania Avenue NW
Washington, D.C.20530

United States Attorney, Civil
Process Clerk
Internal Revenue Service
601 NW Loop 410 Ste 600
San Antonio, TX 78216-5512

United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450


US Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301


WCEDI Management
Solutions, LLC
85 W Algonquin Rd Ste 410
Arlington Hts, IL 60005-4426


Wells Fargo Bank
Credit Bureau Dispute Resoluti
Des Moines, IA 50306

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Aleman, Roberto Antonio**                                            CASE NO

                                                                                             CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 02/04/2019 _____     Signature _____ /s/ Roberto Antonio Aleman _____
                                                                             Roberto Antonio Aleman, Debtor