**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 06, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| ROBERTO ANTONIO ALEMAN | § | CASE NO.19-10156-TMD |
| Debtor. | § | Chapter 7 |

**AGREED ORDER ON THE UNITED STATES TRUSTEE'S MOTION TO EXAMINE DEBTOR'S TRANSACTIONS WITH ATTORNEY PURSUANT TO 11 U.S.C. § 329**

Came on for consideration the United States Trustee's Motion to Examine Debtor's Transactions With Attorney Pursuant to 11 U.S.C. § 329. The Court finds that the Motion has merit and

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted.

2. Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2017, Jerome Brown (the "Counsel") is ordered to disgorge $1,000.00 of the fees he received from the debtor (the "Client Funds") for the filing of the case.

3. Counsel shall pay the Client Funds payment by check, with sufficient funds, made

1

payable to Roberto Aleman, and delivered to him at 2217 Traditions Ct., Leander, TX 78641. One-half of the Client Funds, or $500, shall be paid by November 30, 2019, (the "November Due Date") and the other one-half, or $500, shall be paid by December 31, 2019 (the "December Due Date").

4. Counsel shall provide proof of the Client Funds payment to the U.S. Trustee by no later than ten (10) calendar days after each the November Due Date and December Due Date, by delivery of a copy of the check or checks (front and back) and a copy of any receipt showing the payments tendered to the debtor, by email to the U.S. Trustee at shane.p.tobin@usdoj.gov.

###

AGREED AND ENTRY REQUESTED BY:

THE BROWN LAW FIRM
FORMER COUNSEL FOR DEBTOR

By: /s/ Jerome A. Brown
    Jerome A. Brown
    State Bar No. 03140000
    P.O. Box 1667
    Victoria, TX 77902
    Telephone: (512) 306-0092
    jerome@brownbankruptcy.com


HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE REGION 7

By: /s/ Shane P. Tobin
    Shane P. Tobin
    Trial Attorney
    CA State Bar No. 317282
    903 San Jacinto Blvd., Room 230
    Austin, Texas 78701
    Telephone: 512/916-5328
    Shane.P.Tobin@usdoj.gov

Order prepared and submitted by: Shane P. Tobin, Office of the U.S. Trustee, 903 San Jacinto Blvd., Rm. 230, Austin, TX 78701